CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

DANIEL W. BALLESTEROS (SBN: 142003)
dan.ballesteros@hogefenton.com
ALEXANDER H. RAMON (SBN: 282867)
alex.ramon@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
60 South Market Street, Suite 1400
San Jose, California 95113-2396
Telephone: (408) 287-9501
Facsimile: (408) 287-2583
Attorneys for Defendant
Christopher V. Carbone, Kathleen V. Wallingford, Dale A. Aiassa and Elise Gurley

SYDNEY JAY HALL (SBN: 158151)
sjhlaw@mail.com
LAW OFFICE OF SYDNEY JAY HALL
1021 South El Camino Real
San Mateo, CA 94402
Telephone: (650) 342-1830
Facsimile: (650) 342-6344

RONDA EDGAR (SBN: 234758)
ronda@edgarlawgroup.com
EDGAR LAW GROUP, LLP
675 North First Street, Suite 550
San Jose, CA 95112
Telephone: (408) 278-1200
Facsimile: (408) 912-2705
Attorneys for Defendant
El Cerrito Taqueria and Cenaduria LLC

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/2/2020

| | |
|---|---|
| SCOTT JOHNSON,<br>　　　Plaintiff,<br>v.<br><br>CHRISTOPHER V. CARBONE, in individual and representative capacity as trustee for Vincent T. Carbone Pursuant to the Carbone Living Trust dated May 14, 1993; KATHLEEN V. WALLINGFORD; DALE A. AIASSA; ELISE GURLEY; EL CERRITO TAQUERIA AND CENADURIA LLC, a California Limited Liability Company; MIGUEL VILLALOBOS TORRES; and Does 1-10,<br>　　　Defendants. | Case: 4:19-CV-02738-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

### **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 30, 2019 　　　CENTER FOR DISABILITY ACCESS

　　　　　　　　　　　　　　　　　By: /s/ Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　　Amanda Lockhart Seabock
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

| | |
|---|---|
| Dated: December 30, 2019 | HOGE, FENTON, JONES & APPEL, INC. |
| | By: /s/ Daniel W. Ballesteros<br>Daniel W. Ballesteros<br>Alexander H. Ramon<br>Attorneys for Defendant<br>Christopher V. Carbone, Kathleen V. Wallingford, Dale A. Aiassa and Elise Gurley |
| Dated: December 30, 2019 | LAW OFFICE OF SYDNEY JAY HALL |
| | By: /s/ Sydney Jay Hall<br>Sydney Jay Hall<br>Attorneys for Defendant<br>El Cerrito Taqueria and Cenaduria LLC |

# **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Daniel W. Ballesteros and Sydney Jay Hall, counsel for Christopher V. Carbone, Kathleen V. Wallingford, Dale A. Aiassa and Elise Gurley and El Cerrito Taqueria and Cenaduria LLC, respectively, and that I have obtained Mr. Ballesteros's and Mr. Hall's authorization to affix their electronic signature to this document.

Dated: December 30, 2019     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff